UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ANDRE WINGO,**
        **Plaintiff,**

v.                                                       Case No. 11-C-0225

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## ORDER

A review of this file discloses that the defendants filed a motion to compel on August 1, 2011. The time for plaintiff to respond to that motion has passed, and plaintiff has not filed a response. It has also come to the court's attention that mail sent to plaintiff's last known address is being returned as undeliverable.

Under Civil Local Rule 41(c), a court may dismiss a case with or without prejudice whenever it appears that the plaintiff is not diligently prosecuting the case. The court hereby notifies the plaintiff that unless he files a response to defendant's motion to compel or takes other action to further prosecute this case within twenty-one days of the date of this order, I will assume that he has abandoned the case and enter an order dismissing it without prejudice.

**SO ORDERED** at Milwaukee, Wisconsin, this 2nd day of September, 2011.

s/_____
LYNN ADELMAN
District Judge